UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLUMBUS CHRIS WILLIAMS                CIVIL ACTION

VERSUS                                 NUMBER: 07-0602

STATE OF LOUISIANA                     SECTION: "A"(5)

O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's petition for writ of mandamus is dismissed pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(i).

June 14, 2007

_____
UNITED STATES DISTRICT JUDGE